UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| CHRIS BARNARD, JOLENE FURDEK, and RENE REVILLA, | : : : |
| Plaintiffs, | : : |
| v. | :   Case No.: 3:17-CV-02650-N |
| FUSION LOGISTICS, INC., FUSION LOGISTICS, LLC, PEI OHIO, INC., and PREMIUM TRANSPORTATION STAFFING, INC. | : : : : : |
| Defendants. | : : |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1. and LR 3.1(c), L.R. 3.2(e), LR 7.4, LR 81.1(a)(4)(D) and LR 81.2, defendant, Fusion Logistics, Inc. provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:   None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

(a)   Fusion Logistics, Inc.
(b)   Stuart Hyden
(c)   Martin Galinsky
(d)   Michael Brooks

Respectfully submitted,

**ESTES THORNE & CARR PLLC**

By:  */s/ Katherine M. Anand*
Katherine M. Anand
State Bar No. 24050223
kanand@estesthornecarr.com
Terah Moxley
State Bar No. 24074768
tmoxley@estesthornecarr.com
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Facsimile: (214) 599-4099

**PENICHET LAW**

BY:  */s/ Paul F. Penichet*
Paul F. Penichet
Fla. Bar No.: 0899380
paul@penichetlaw.com
9655 South Dixie Highway
Suite 310
Miami, FL 33156
Tel:(305) 373-8809
Fax:(305) 373-8810
*Counsel for Defendant,*
*Fusion Logistics, Inc.*

**Certificate of Service**

I HEREBY CERTIFY that on December 5, 2017, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    */s/ Katherine M. Anand*
       Katherine M. Anand
       State Bar No. 24050223
       kanand@estesthornecarr.com
       Terah Moxley
       State Bar No. 24074768
       tmoxley@estesthornecarr.com

**SERVICE LIST**

SANFORD LAW FIRM, PLLC
Josh Sanford
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Tel. (501) 221-0088
Fax. (888) 787-2040
josh@sanfordlawfirm.com
Counsel for Plaintiffs

ULMER & BERNE LLP
Mark D. Katz
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland Ohio 44113
Tel. (261) 583-7000
Fax. (216) 583-7001
mKatz@ulmer.com
Counsel for Defendant PEI Ohio, Inc.