IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CHRIS BARNARD, JOLENE FURDEK, and RENE REVILLA, Each Individually and on Behalf of All Others Similarly Situated** — **PLAINTIFFS**

vs. 3:17-cv-2650-N

**FUSION LOGISTICS, INC.; FUSION LOGISTICS, LLC; PEI OHIO, INC.; and PREMIUM TRANSPORTATION STAFFING, INC.** — **DEFENDANTS**

**CONSENT TO JOIN COLLECTIVE ACTION SETTLEMENT**

I was hired by Fusion Logistics, Inc. ("Fusion"), and/or PEI Ohio, Inc. ("PEI"), prior to March 11, 2018 as a "driver" at the Farmer's Branch, Texas location. I worked more than forty hours per week in at least one workweek in which I also earned a bonus. I understand this lawsuit was brought under the Fair Labor Standards Act for unpaid overtime compensation. I consent to becoming a consenting-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by the settlement of this action.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]
SIGNATURE

Ryan Dunn
PRINTED NAME

Date: 4/18, 2019

/s/ Josh Sanford
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE MAY 5, 2019**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CHRIS BARNARD, JOLENE FURDEK, and RENE REVILLA, Each Individually and on Behalf of All Others Similarly Situated** — **PLAINTIFFS**

vs. 3:17-cv-2650-N

**FUSION LOGISTICS, INC.; FUSION LOGISTICS, LLC; PEI OHIO, INC.; and PREMIUM TRANSPORTATION STAFFING, INC.** — **DEFENDANTS**

## CONSENT TO JOIN COLLECTIVE ACTION SETTLEMENT

I was hired by Fusion Logistics, Inc. ("Fusion"), and/or PEI Ohio, Inc. ("PEI"), prior to March 11, 2018 as a "driver" at the Farmer's Branch, Texas location. I worked more than forty hours per week in at least one workweek in which I also earned a bonus. I understand this lawsuit was brought under the Fair Labor Standards Act for unpaid overtime compensation. I consent to becoming a consenting-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by the settlement of this action.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]
SIGNATURE

Sean Gonzalez
PRINTED NAME

Date: 3/18, 2019

*/s/ Josh Sanford*
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE MAY 5, 2019**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CHRIS BARNARD, JOLENE FURDEK, and RENE REVILLA, Each Individually and on Behalf of All Others Similarly Situated** — **PLAINTIFFS**

vs. 3:17-cv-2650-N

**FUSION LOGISTICS, INC.; FUSION LOGISTICS, LLC; PEI OHIO, INC.; and PREMIUM TRANSPORTATION STAFFING, INC.** — **DEFENDANTS**

**CERTIFICATE OF SERVICE FOR ATTACHED CONSENT(S) TO JOIN**

I, Josh Sanford, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the Consent(s) to Join to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Katherine M. Anand, Esq.
kanand@estesthornecarr.com
Terah Moxley, Esq.
tmoxley@estesthornecarr.com
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Facsimile: (214) 599-4099

Mark Katz, Esq.
mkatz@ulmer.com
Trevor J. Hardy, Esq.
thardy@ulmer.com
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113-1406
Telephone: 216-583-7000
Facsimile: 216-583-7001

Paul F. Penichet, Esq.
Paul.Penichet@jacksonlewis.com
One Biscayne Tower
Two South Biscayne Boulevard, Suite 3500
Miami, FL 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

/s/ Josh Sanford
**Josh Sanford**