IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CHRIS BARNARD, JOLENE FURDEK, and RENE REVILLA, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs. | 3:17-cv-2650-N |
| **FUSION LOGISTICS, INC.; FUSION LOGISTICS, LLC; PEI OHIO, INC.; and PREMIUM TRANSPORTATION STAFFING, INC.** | **DEFENDANTS** |

## JOINT STATUS REPORT

Plaintiffs Chris Barnard, Jolene Furdek and Rene Revilla, through their undersigned counsel, and Defendants Fusion Logistics, Inc., and PEI Ohio, Inc., through their undersigned counsel, file this Joint Status Report, and in support they state and allege as follows:

1. The parties are filing this Report pursuant to this Court's order at ECF No. 48.

2. No dispute has arisen, but the parties need additional time to finalize the settlement.

3. The parties are in the process of drafting the settlement paperwork and calculating the payment to Plaintiffs and the individual class members.

4. The parties ask for an additional 30 days to finalize the settlement or otherwise provide another status report.

WHEREFORE, premises considered, the parties respectfully pray that the Court

take notice of the parties continuing efforts to finalize the settlement, allow the parties an additional 30 days to finalize the settlement and submit the necessary documents to this Court or otherwise file another status report, and for all other necessary and proper relief.

Respectfully submitted,

**CHRIS BARNARD, JOLENE FURDEK, and RENE REVILLA, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

THE LAW OFFICE OF
CHRIS R. MILTENBERGER, PLLC
1340 N. White Chapel, Suite 100
Southlake, Texas 76092
Telephone: 817-416-5060
Facsimile: 817-416-5062

Chris R. Miltenberger
Tex. Bar No. 14171200
chris@crmlawpractice.com

**DEFENDANT FUSION LOGISTICS, INC.**

ESTES THORNE & CARR PLLC

*/s/ Katherine Anand*
Katherine M. Anand

State Bar No. 24050223
kanand@estesthornecarr.com
Terah Moxley
State Bar No. 24074768
tmoxley@estesthornecarr.com
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Facsimile: (214) 599-4099

JACKSON LEWIS P.C.

Paul F. Penichet, Esq.
Paul.Penichet@jacksonlewis.com
One Biscayne Tower
Two South Biscayne Boulevard, Suite 3500
Miami, FL 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

**DEFENDANT PEI OHIO, INC.**

ESTES THORNE & CARR PLLC

/s/ Katherine Anand
Katherine M. Anand
State Bar No. 24050223
kanand@estesthornecarr.com
Terah Moxley
State Bar No. 24074768
tmoxley@estesthornecarr.com
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Facsimile: (214) 599-4099

ULMER & BERNE LLP

Mark D. Katz
Admitted Pro Hac Vice
mkatz@ulmer.com
Trevor J. Hardy
Admitted Pro Hac Vice
thardy@ulmer.com
Skylight Office Tower
1660 W. 2nd Street, Suite 1100

                Cleveland, Ohio 44113-1406
                Telephone: (216) 583-7000
                Facsimile: (216) 583-7001

**CERTIFICATE OF SERVICE**

      I, Josh Sanford, do hereby certify that, on the date imprinted by the CM/ECF system, the foregoing JOINT REPORT was filed via the Court's CM/ECF System which will provide notice to the following attorneys of record:

Katherine M. Anand, Esq.
kanand@estesthornecarr.com
Terah Moxley, Esq.
tmoxley@estesthornecarr.com
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Facsimile: (214) 599-4099

Mark Katz, Esq.
mkatz@ulmer.com
Trevor J. Hardy, Esq.
thardy@ulmer.com
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113-1406
Telephone: 216-583-7000
Facsimile: 216-583-7001

Paul F. Penichet, Esq.
Paul.Penichet@jacksonlewis.com
One Biscayne Tower
Two South Biscayne Boulevard, Suite 3500
Miami, FL 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

                                      */s/ Josh Sanford*
                                      **Josh Sanford**