IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRIS BARNARD et al.<br><br>    Plaintiffs,<br><br>v.<br><br>FUSION LOGISTICS INC et al.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No.  3:17-CV-02650-N<br>§<br>§<br>§<br>§ |

## **ORDER**

The parties have announced that this case has been resolved.  Any trial setting and scheduling order are vacated.  The parties have sixty days to file dismissal papers.  If the parties do not file dismissal papers within sixty days, the parties are to file another updated status report with the Court.

Signed July 2, 2019.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE