UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRIS BARNARD, JOLENE FURDEK, AND RENE REVILLA, §§§§§ Plaintiffs, §§§§§ v. §§§§§ FUSION LOGISTICS, INC., et al. §§§§§ Defendants. | CASE NO. 3:17-cv-2650-N |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Chris Barnard, Jolene Furdek, Rene Revilla and Defendants Fusion Logistics, Inc. and PEI Ohio, Inc., pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., announce to the Court that they have arrived at a fair and reasonable compromise of a bona fide dispute of alleged FLSA claims, including the collective action claims, and hereby stipulate to a dismissal of this action in its entirety with prejudice, with each party bearing his, her or its own costs and attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Josh Sanford | /s/ Katherine M Anand |
| Josh Sanford (SBN 24077858) | Katherine M Anand, |
| josh@sanfordlawfirm.com | Estes Thorne & Carr PLLC |
| | 3811 Turtle Creek Blvd., Suite 2000 |
| SANFORD LAW FIRM, PLLC | Dallas, TX 75219, |
| One Financial Center | Telephone: 214-599-4000, |
| 650 S. Shackleford Road, Suite 411 | Email: nand@estesthornecarr.com |
| Little Rock, Arkansas 72211 | *Attorneys for Defendants* |
| Telephone: (501) 221-0088 | |
| Fax: (888) 787-2040 | Paul F. Penichet (FBN: 899380) |
| | Jackson Lewis P.C. |
| *Attorneys for Plaintiff* | Two Biscayne Blvd. |
| | Suite 3500 |
| | Miami, Fl 33131 |

Page 1

Telephone: 305-577-7600
paul.penichet@jacksonlewis.com
*Pro Hac Vice*
***Attorney for Defendant Fusion Logistics, Inc.***

Mark D. Katz, Esq.
Ulmer & Berne
1660 W 2nd St, Suite 1100
Cleveland, OH 44113
Telephone 216-583-7000
 mkatz@ulmer.com,
*Pro Hac Vice*
***Attorney for Defendant PEI Ohio, Inc.***