UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRIS BARNARD, JOLENE FURDEK, AND RENE REVILLA, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CASE NO. 3:17-cv-2650-N |
| FUSION LOGISTICS, INC., et al. | | |
| Defendants. | | |

# ORDER

NOW, on the date set forth below, and upon the Parties' Joint Motion to Dismiss Under Rule 41(a) with Prejudice, the Motion is GRANTED, and this case is dismissed in its entirety, including all claims by consenting plaintiffs and the collective action claims, with prejudice, with each party bearing his, her or its own costs and attorneys' fees.

Signed February 28, 2020.

_____
David C. Godbey
United States District Judge